# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL  aconlon@kaplanhecker.com

February 1, 2021

**VIA ECF**

Honorable Kevin P. Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

Application GRANTED.

SO ORDERED.
Dated: 2/3/2021

_____
P. Kevin Castel
United States District Judge

Re:  *U.S.A.* v. *Grasso*, 1:20-cr-00163-PKC

Dear Judge Castel:

     I write to request permission for Mr. Allard to travel to the Middle District of Florida for a family trip. The Government takes no position on this request. The next status conference in this case is scheduled for February 10, 2021 at 2:00PM.

     Mr. Allard is released on a personal recognizance bond with travel restrictions. He is permitted to travel in the Southern District of New York and the Eastern District of New York as well as the Middle District of Pennsylvania and the Southern District of Florida and all points in between for travel purposes only. For his son's birthday, Mr. Allard would like to take him to Disney World in Orlando, Florida. He would drive from the Southern District of Florida to Orlando in the Middle District of Florida on February 12th and return home on February 16th.

Respectfully submitted,

Alexandra Conlon

cc:    (by email)

    Andrew Caldwell Adams             Benet Jeanne Kearney
    Assistant United States Attorney     Assistant United States Attorney

    Sarah Mortazavi
    Assistant United States Attorney