**SPEARS & IMES LLP**

51 Madison Avenue
New York, NY 10010
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212-213-1715
mnicholas@spearsimes.com

June 28, 2021

Application Granted.

So Ordered: /s/ P. Kevin Castel
P. Kevin Castel
United States District Judge
6/29/2021

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Rene Allard*, S4 20 Cr. 163 (PKC)

Dear Judge Castel:

      We respectfully write on behalf of defendant Rene Allard to request a temporary modification of the travel restrictions that are part of his bail conditions.  Both the Government and the Pretrial Services Officer who is supervising Mr. Allard in his district of residence, the Middle District of Pennsylvania, consent to this request.

      [ Mr. Allard respectfully requests permission to travel from the Middle District of Pennsylvania to the District of New Jersey on July 8, 2021, and to return the same day. ] The purpose of this request is to allow Mr. Allard to attend a memorial event that is being held that day in New Jersey to commemorate a friend of Mr. Allard's who has passed away.

      Thank you for your consideration of this request.

Respectfully submitted,

____/s/_____
Max Nicholas
Attorney for Rene Allard