**SPEARS & IMES LLP**

51 Madison Avenue
New York, NY 10010
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212-213-1715
mnicholas@spearsimes.com

September 9, 2021

Application Granted.

SO ORDERED. /s/ P. Kevin Castel
P. Kevin Castel
United States District Judge
9/9/2021

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Rene Allard*, 20 Cr. 163 (PKC)

Dear Judge Castel:

  We respectfully write on behalf of defendant Rene Allard to request a temporary modification of the travel restrictions that are part of his bail conditions. Both the Government and the Pretrial Services Officer who is supervising Mr. Allard in his district of residence, the Middle District of Pennsylvania, consent to this request.

  Mr. Allard respectfully requests permission to travel to the State of Indiana from September 16 to September 19, 2021. The purpose of this request is to allow Mr. Allard to take a trip to Indiana with his parents, which they take together most years around this time.

  Thank you for your consideration of this request.

Respectfully submitted,

____/s/_____
Max Nicholas
Attorney for Rene Allard