# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212-213-1715
mnicholas@spearsimes.com

November 7, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> *The Court will consider written submissions on behalf of the defendant and not oral presentation.*
>
> *SO ORDERED*
> /s/ P. Kevin Castel
> USDJ
> 11-7-22

Re:   *United States v. Rene Allard*, 20 Cr. 163 (PKC)

Dear Judge Castel:

I respectfully write in advance of Rene Allard's sentencing, which is scheduled for November 15, 2022, to inform the Court that there are two individuals who wish to speak on Mr. Allard's behalf at sentencing if that would be amenable to the Court: his fiancé Joanie Leonard, and his friend Donald MacRae.  These individuals would not speak about the offense conduct, but rather, about their personal experiences with Mr. Allard and his character.  Each of these individuals has also written a letter on behalf of Mr. Allard, and those letters were submitted with counsel's sentencing memorandum.

I have notified the Government of this request, and the Government has indicated that it defers to the Court on whether these individuals may speak at the sentencing.

Thank you for considering this request.

Respectfully submitted,

_____/s_____
Max Nicholas
Attorney for Rene Allard